**Billy KELLY, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 52207.**

Missouri Court of Appeals,
Western District.

Jan. 21, 1997.

Kent Denzel, Assistant Public Defender, Columbia, for Appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Jill C. LaHue, Assistant Attorney General, Jefferson City, for Respondent.

Before LOWENSTEIN, P.J., and BERREY and EDWIN H. SMITH, JJ.

**ORDER**

PER CURIAM.

Appeal from denial of appellant's amended Rule 24.035 motion for postconviction relief without an evidentiary hearing.

Judgment affirmed. Rule 84.16(b).

**Trisha Leann BOYD, Appellant,**

v.

**Trent RASMUSSEN, Respondent.**

**No. WD 52135.**

Missouri Court of Appeals,
Western District.

Jan. 21, 1997.

C. John Forge, Jr., Independence, for appellant.

Dennis B. Bosch, Independence, for respondent.

Before LOWENSTEIN, P.J., and BERREY and EDWIN H. SMITH, JJ.

***ORDER***

PER CURIAM:

Appeal from trial court order granting primary physical custody to respondent.

Affirmed. Rule 84.16(b).